IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY RYDELL NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv753-MHT |
| | ) | (WO) |
| DRUG ENFORCEMENT | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), plaintiff, a state prisoner, filed this lawsuit complaining that law-enforcement officers unlawfully seized his money and vehicle in 2006, and that the forfeiture of his property was in violation of *Nelson v. Colorado*, 137 S. Ct. 1249 (2017). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed due to the passage of the statute of limitations. There are no objections to the

recommendation.* After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of January, 2019.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE

---

* The court notes that plaintiff stated in his last motion for an extension (doc. no. 15) that he believed he would be able to mail his objection by December 31, 2018. The court has not received an objection.