IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY RYDELL NORMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv753-MHT |
| | ) | (WO) |
| DRUG ENFORCEMENT | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION AND ORDER

This lawsuit is now before the court on the plaintiff's late-filed objections to the recommendation of the United States Magistrate Judge, entered on September 14, 2018, that plaintiff's case be dismissed due to the passage of the statute of limitations. Although the objections were received by the court well after several extensions of the deadline for filing, and after entry of judgment, the court has considered the objections. Because the objections do not undermine the conclusion that this case is barred by the statute of limitations, it is ORDERED that the

objections (doc. no. 19) are overruled; that, alternatively, they are treated as a motion for reconsideration and said motion is denied; and that, if the objections are treated as timely, the opinion and judgment (doc. nos. 17 & 18) are reaffirmed.

**DONE**, this the 29th day of January, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**